## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHARIATMADAR<br>10016 Moore Drive<br>Manassas, VA 20111<br><br>    Plaintiff<br>v.<br><br>SUSAN DIBBINS, Director,<br>Washington Field Office<br>U.S. Citizenship & Immigration Services<br>2675 Prosperity Avenue<br>Fairfax, VA 22031<br><br>JONATHAN SCHARFEN, Acting Director<br>U.S. Citizenship and Immigration Services,<br>In his official capacity as well as his successors<br>and assigns,<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20529<br><br>MICHAEL CHERTOFF, Secretary<br>U.S. Department of Homeland Security,<br>In his official capacity as well as his successors<br>and assigns,<br>425 Murray Drive, Building 410<br>Washington, DC 20528<br><br>ROBERT S. MUELLER, Director<br>Federal Bureau of Investigation,<br>In his official capacity as well as his successors<br>and assigns,<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, N.W.<br>Washington, DC 20535<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR DECLARATORY, MANDATORY
## AND INJUNCTIVE RELIEF

The plaintiff, ALI SHARIATMADAR, by counsel, complains of the defendants, SUSAN

DIBBINS, Director, Washington Field Office, U.S. Citizenship & Immigration Services,

JONATHAN SCHARFEN, Acting Director, U.S. Citizenship & Immigration Services;

MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security; and ROBERT S.

MUELLER, Director, Federal Bureau of Investigation, as follows:

## PREFATORY STATEMENT

1. This is an action in the nature of mandamus for declaratory and injunctive relief to

compel the defendants and those acting under them to immediately and forthwith take all

appropriate actions to adjudicate Plaintiff Ali Shariatmadar's application for naturalization, Form

N-400, which was properly filed and received by the defendants, the United States Department

of Homeland Security ("DHS"), United States Citizenship & Immigration Services ("USCIS"),

on June 20, 2006. *Exh. 1* (Receipt Notice from USCIS). The N-400 application for

naturalization remains pending within the jurisdiction of the defendants, who have improperly

withheld action and adjudication for nearly two years, to the detriment of the rights and

privileges of the plaintiff, Mr. Ali Shariatmadar.

## I. JURISDICTION

2. This Court has jurisdiction pursuant to 8 U.S.C. § 1329 (jurisdiction of the

district courts), 28 U.S.C. § 1331 (federal question jurisdiction), 28 U.S.C. § 2201, 2202 (action

for declaratory judgment) and 28 U.S.C. § 1361 (action to compel an officer of the United States

to perform his duty) to redress the deprivation of rights, privileges, and immunities secured to the

plaintiff and to compel the defendants to perform a duty that the defendants owe to the plaintiff.

Under 28 U.S.C. § 1361, "[t]he district courts shall have original jurisdiction of any action in the

nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

3. Jurisdiction is also conferred by 5 U.S.C. §§ 702 and 704, originally part of the Administrative Procedure Act ("APA"). An agency has a duty to conclude a matter presented to it within a "reasonable time." 5 U.S.C. § 555(b). "Accordingly, the scope of judicial review includes 'compel[ling] agency action unlawfully withheld or unreasonably delayed. [5 U.S.C.] § 706(1)." *Liu v. Novak*, 509 F. Supp.2d 1, 9 (D.D.C. 2007) ("[T]he Court does have jurisdiction over plaintiff's APA claim that defendants have unreasonable delayed adjudicating his application.")

4. Section 242 of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1252, does not deprive this Court of jurisdiction. Section 242(a)(5) of the INA, 8 U.S.C. § 1252(a)(5) provides that "a petition for review filed with an appropriate court of appeals in accordance with this section, shall be the sole and exclusive means for judicial review of an order of removal entered or issued under any provisions of this Act[.]" As the present action is not an action to review a removal order but simply an action to compel the defendants from USCIS to adjudicate a long and unreasonably delayed N-400 application for naturalization, this Court retains original jurisdiction under 28 U.S.C. § 1361. Furthermore, section 242(a)(2)(B) of the INA, 8 U.S.C. § 1252(a)(2)(B), provides that no court shall have jurisdiction to review either (i) "any judgment regarding the granting of" various forms of relief from removal, or (ii) "any other decision or action of the Attorney General or the Secretary of Homeland Security the authority for which is specified…to be in the discretion of the Attorney General or the Secretary of Homeland Security[.]" Because "the failure to adjudicate" a properly filed application for naturalization is neither a judgment regarding the granting of relief from removal nor a decision

or action that is specified to be in the discretion of the Attorney General or the Secretary of

Homeland Security, the Court retains original jurisdiction over this claim. *See Liu v. Novak*, 509

F. Supp. at 7 ("[T]he Court concludes that § 1252(a)(2)(B)(ii) does not eliminate this Court's

jurisdiction over plaintiff's claim.")

## II. VENUE

5.    Venue is proper under 28 U.S.C. § 1391(e) because this is an action brought

against officers and agencies of the United States in their official capacities, brought in the

district where three of the four defendants maintain their offices and where a substantial part of

the events or omissions giving rise to the plaintiffs' claim occurred; namely, the policies and

procedures that give rise to the unreasonable delay in the adjudication of the plaintiff's

naturalization application are developed and issued by Defendants Scharfen, Chertoff and

Mueller.

## III. PARTIES

6.    The plaintiff ALI SHARIATMADAR is a national of Iran, who has been a lawful

permanent resident of the United States since September 13, 2001.  He resides at 10016 Moore

Drive, Manassas, VA 20111.

7.    The defendant JONATHAN SCHARFEN  is the Acting Director of USCIS who is

sued in his official capacity, as well as his successors and assigns.  USCIS is the agency of the

U.S. Department of Homeland Security responsible for adjudicating applications for

naturalization under the Immigration and Nationality Act and has the authority to naturalize

persons as citizens of the United States, by delegation of the Attorney General, pursuant to 8

U.S.C. § 1421(a). *See also* 8 C.F.R. § 310.1.

8.   The defendant MICHAEL CHERTOFF is the Secretary of the U.S. Department of Homeland Security ("DHS").  He is sued in his official capacity, as well as his successors and assigns.  The DHS oversees the operations of Defendant USCIS.

9.   The defendant ROBERT S. MUELLER is the Director of the Federal Bureau of Investigation ("FBI").  He is sued in his official capacity, as well as his successors and assigns. The FBI's duties are to ensure the timely completion of all requests for security background checks from the USCIS.

## IV. CAUSE OF ACTION

### A. Background Facts

10.  The plaintiff has been a lawful permanent resident of the United States since September 13, 2001.  He applied for naturalization with Defendant USCIS on June 20, 2006. *Exh. 1.* The receipt notice issued by USCIS on June 27, 2006 states that "[y]ou will be notified of the date and place of your interview when you have been scheduled by the local INS office.  You should expect to be notified within 90 days of this notice." *Exh. 1.*  According to USCIS' notice, the plaintiff should have therefore been notified of an interview by September 25, 2006.  As of the date of this Complaint, the plaintiff has not been notified of an interview for his application for naturalization.

10.  On June 29, 2006, USCIS issued a Fingerprinting Notification directing the plaintiff to appear on July 11, 2006 at the USCIS Application Center for his biometrics.  The plaintiff complied with that requirement. *Exh. 2.*

11.  Due to the delay in adjudicating his application for naturalization, the plaintiff made three inquiries with USCIS through its INFOPASS appointment procedure.  The plaintiff inquired in person at the USCIS Washington Field Office about the status of his application on

March 2, 2007, July 6, 2007 and December 4, 2007. *Exh. 3.* Each time, the plaintiff was told by

a USCIS officer that his application remained pending due to the security background checks

conducted by Defendants USCIS and FBI not having been completed.

12. Former USCIS Director Emilio T. Gonzalez, in a statement dated March 14, 2008,

declared that the average processing time for naturalization applications is 14-16 months. *Exh.*

*4.* In a News Release dated April 2, 2008, USCIS projects processing times of 13-15 months.

*Exh. 5.* As of April 22, 2008, the average processing time of applications for naturalization for

the Washington Field Office, the office having jurisdiction over the plaintiff's application for

naturalization, is 14.7 months. *Exh. 6.*

13. The plaintiff has complied with all requests made by the USCIS. The defendants

have not given the plaintiff any reason why the plaintiff's background security check has been

pending for almost two years without being properly completed.

### B. Claims

14. The defendants' continuing delay of 47 months and counting in failing to

adjudicate the plaintiff's application for naturalization is per se unreasonable, especially in light

of the average USCIS-stated processing time varying from 13 to 16 months.

15. The D.C. District Court in *Liu v. Novak, supra*, has held that a four-year delay in

adjudicating an application for adjustment of status due to security background checks was

unreasonable. The *Liu* Court relied on the holding of *Telecommunications Research & Action*

*Center("TRAC") v. FCC*, 750 F.2d 70 (D.C. Cir. 1984) to identify the factors relevant in

determining whether agency delay is unreasonable:

> (1) the time agencies take to make decisions must be governed by a "rule of
> reason;" (2) where Congress has provided a timetable or other indication of the
> speed with which it expects the agency to proceed in the enabling statute, that
> statutory scheme may supply content for this rule of reason; (3) delays that might

be reasonable in the sphere of economic regulation are less tolerable when human health and welfare are at stake; (4) the court should consider the effect of expediting delayed action on agency activities of a higher or competing priority; (5) the court should also take into account the nature and extent of the interests prejudiced by delay; and (6) the court need not find "any impropriety lurking behind agency lassitude in order to hold that agency action is 'unreasonably delayed.'"

*Liu v. Novak,* 509 F. Supp. 2d at 9, *citing Telecommunications Research & Action Center v.*

*FCC, supra* at 80 (citations omitted).

16. In *Liu, supra*, Judge Sullivan ruled that with regard to the first TRAC factor, a

four-year delay for a name check process described by the defendants "as one where data is

primarily retrieved from an electronic database, and only occasionally from paper records," to be

unreasonable. *Id.* at 9. A nearly two-year delay in the plaintiff's case for the same reason is

similarly unreasonable. Judge Sullivan at footnote 4 noted that "Congress has not provided a

timetable for this action [adjustment application], so the second TRAC factor is inapplicable."

*Id.* Similarly, Congress has not provided a specific timetable for adjudication of naturalization

applications, so the second TRAC factor is inapplicable to the case at bar.

17. Judge Sullivan in *Liu* has further ruled that—

With regard to the third and fifth TRAC factors, […] [t]he inability to obtain permanent resident status affects a wide range of important rights." [citing *Singh v. Still*, 470 F.Supp.2d 1064, 1070 (N.D.Cal.2007)]. For example, the delay prejudices plaintiff's ability to petition to immigrate close family members and adversely impacts his ability to seek United States citizenship. *See id.* Thus, these factors weigh in favor of finding the delay unreasonable.

*Liu v. Novak, supra* at 10. The delay in adjudicating his application for naturalization greatly

prejudices the plaintiff. The plaintiff has submitted an immigrant visa petition on behalf of his

wife who is in Iran. That petition was approved on January 12, 2006, with a priority date of July

20, 2005. *Exh. 7*. Because the plaintiff is a permanent resident, his wife is not allowed to

immediately obtain an immigrant visa. Under that category, only individuals whose petition was

filed on or before July 15, 2003 are now eligible to immigrate to the United States. As the plaintiff's petition was filed on July 20, 2005, his spouse would have to wait a minimum of two more years before she can join her husband. Whereas when the plaintiff becomes a U.S. citizen, his spouse will be immediately eligible for an immigrant visa, and will be able to join him in the United States within a matter of a few weeks. This is particularly relevant to this plaintiff because his wife is suffering from breast cancer and he wishes to be quickly reunited with her. Finally, regarding the fifth TRAC factor, like the plaintiff in *Liu, supra,* Plaintiff Ali Shariatmadar is not the subject of any active investigation.

18. The name check system has been described by the defendants in other cases as being prioritized in order of application date. *See Liu v. Novak,* 509 F. Supp. at 10. Such a prioritization by application date was not followed in the case of Plaintiff Ali Shariatmadar, whose security background check has been pending for nearly two years while thousands of other cases filed after his were adjudicated.

19. Plaintiff's application for naturalization has been neglected by the defendants and the present nearly two-year delay in adjudicating such application is clearly unreasonable.

## PRAYER

WHEREFORE, Plaintiff prays that this Court:

    I.    Compel the defendants and those acting under them to perform their duty to adjudicate the plaintiff's application for naturalization within a reasonable time of no more than 30 days;

    II.    Declare the defendants' continued delay and inaction violates the APA;

    III.    Grant reasonable attorney's fees and costs of court under the Equal Access to Justice Act;

IV.    Grant such other and further relief as this Court deems proper.

Respectfully submitted,

5/29/2008

THOMAS A. ELLIOT, D.C. BAR # 259713
ELLIOT & MAYOCK
1666 Connecticut Avenue NW, 5th Floor
Washington D.C. 20009
(202) 429 1725

*CS-912 JR*

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|

Shariatmadar, Ali

*88888*

Dibbins, Susan, USCIS, Washington Field Office
Scharfen, Jonathan, USCIS
Chertoff, Michael, DHS
Mueller, Robert, FBI

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas A. Elliot
Elliot & Mayock
1666 Connecticut Avenue, NW, 5th Floor
Washington D.C. 20009
(202) 429 1725

ATTORNEYS (IF KNOWN)

Case: 1:08-cv-00912
Assigned To : Robertson, James
Assign. Date : 5/29/2008
Description: Admn. Agency Review

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

O 1 U.S. Government Plaintiff

O 3 Federal Question
(U.S. Government Not a Party)

⊙ 2 U.S. Government Defendant

O 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | O 1 | O 1 | Incorporated or Principal Place of Business in This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and Principal Place of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**O A. Antitrust**

☐ 410 Antitrust

**O B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**Ⓞ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

**O D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## O E. General Civil (Other)    OR    O F. Pro Se General Civil

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

⑥

| ○  G. *Habeas Corpus/ 2255* | ○  H. *Employment Discrimination* | ○  I. *FOIA/PRIVACY ACT* | ○  J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)   *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act)   *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○  K. *Labor/ERISA (non-employment)* | ○  L. *Other Civil Rights (non-employment)* | ○  M. *Contract* | ○  N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

- ☒ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
28 U.S.C. Sec. 1361; 5 U.S.C. Sec. 702, 704

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____  Check YES only if demanded in complaint   JURY DEMAND:  YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 5/29/2008   SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

THE UNITED STATES OF AMERICA

| Receipt | NOTICE DATE<br>June 27, 2006 |
|---|---|
| CASE TYPE<br>N400    Application For Naturalization | INS A#<br>A 022 715 103 |

| APPLICATION NUMBER<br>ESC*001657641 | RECEIVED DATE<br>June 20, 2006 | PRIORITY DATE<br>June 20, 2006 | PAGE<br>1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

ALI SHARIATMADAR
10016 MOORE DRIVE
MANASSAS VA  20111

PAYMENT INFORMATION:

Single Application Fee:    $400.00
Total Amount Received:    $400.00
Total Balance Due:    $0.00

The above application has been received by our office and is in process.  Our records indicate your personal information is as follows:

Date of Birth:          August 23, 1960
Address Where You Live:  10016 MOORE DRIVE
                         MANASSAS VA 20111

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office.  You should expect to be notified within  90  days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833.**

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov.** Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

ESC$001642083



Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | NOTICE DATE |
|---|---|
| Fingerprint Notification | June 29, 2006 |

| CASE TYPE | INS A# |
|---|---|
| N400    Application For Naturalization | A 022 715 103 |

| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
|---|---|---|---|
| ESC*001657641 | June 20, 2006 | June 20, 2006 | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

ALI SHARIATMADAR
10016 MOORE DRIVE
MANASSAS VA  20111

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| CIS ALEXANDRIA | 07/11/2006 |
| 8850 RICHMOND HIGHWAY | 03:00 PM |
| SUITE D | |
| ALEXANDRIA VA 22309 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE and**
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS ALEXANDRIA
8850 RICHMOND HIGHWAY
SUITE D
ALEXANDRIA VA 22309

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
ESC*001657641

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N



**INFOPASS**
Your e-Ticket to Immigration
Information.

**Name:** **Ali Shariatmadar**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** WAS-07-7117

**Authentication Code:** 5bf6

**Appointment Date:** **March 2, 2007**

**Appointment Time:** **2:15 PM**

**Location: 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102**

# This is your Confirmation Number:



*WAS-07-7117*

# If you wish to cancel this appointment, you will need the following Personal Identification Number:
## 44528

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**



**INFOPASS**
Your e-Ticket to immigration Information.

**Name:** **Ali Shariatmadar**

**Appointment Speak to immigration officer**
**Type:**

**Confirmation** WAS-07-23776        **Authentication** 5bf6
**No.:**                              **Code:**

**Appointment** **July 6, 2007**      **Appointment** **1:45**
**Date:**                             **Time:** **PM**

**Location: 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102**

# This is your Confirmation Number:



*HAS-07-23776*

# If you wish to cancel this appointment, you will need the following Personal Identification Number:
# *18524*

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**



**INFOPASS**
Your e-Ticket to Immigration
Information.

| | |
|---|---|
| Name: | **Ali Shariatmadar** |
| Appointment Type: | **Speak to immigration officer** |
| Confirmation No.: | **WAS-07-40711** |
| | **Authentication 5bf6 Code:** |
| Appointment Date: | **December 4, 2007** |
| Appointment Time: | **1:15 PM** |
| Location: | **2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102** |

## This is your Confirmation Number:



*WAS-07-40711*

## If you wish to cancel this appointment, you will need the following Personal Identification Number: *54560*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- **You must appear in person and bring photo identification along with this appointment letter.**
- **Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**



*Office of Communications*

U.S. Citizenship
and Immigration
Services

# STATEMENT

March 14, 2008

On March 11, I announced to members of the House Appropriations Committee that U.S. Citizenship and Immigration Services (USCIS) had lowered its original processing projections for naturalization applications. Individuals who filed for citizenship during the summer of 2007 can now anticipate an average processing time of 14-16 months for these applications. That's a marked improvement from the 16-18 months projection we announced in January.

During FY 2007, we received approximately 1.4 million naturalization applications. In the months of June and July of 2007 alone, we experienced an increase of nearly 350 percent compared to the same period in 2006. In addressing the significant increase in naturalization cases, and the unprecedented increase in all immigration applications and petitions, the professionalism and hard work of nearly 17,000 dedicated USCIS employees and contractors have been evident.

I am proud of our accomplishments. Still, we remain committed to doing even better. And, we will continue to improve while maintaining our commitment to the integrity of the immigration process and national security requirements.

*Emilio T. Gonzalez*
*Director*
*U.S. Citizenship and Immigration Services*
*Department of Homeland Security*

– USCIS –

*Office of Communications*
**U.S. Department of Homeland Security**



U.S. Citizenship and Immigration Services

# News Release

April 2, 2008

## USCIS UPDATES PROJECTED NATURALIZATION CASE PROCESSING TIME
*Agency To Complete 36-percent More Naturalization Cases Than Last Year*

WASHINGTON – U.S. Citizenship and Immigration Services (USCIS) announced today that it will finish more than one million naturalization cases during fiscal year 2008 – far exceeding the number of cases completed last year. This update comes following a thorough analysis of the work completed during the last six months.

"By the end of the year, I expect USCIS will have finished 36 percent more naturalization cases than last year without compromising national security or the integrity of the naturalization process," said USCIS Director Emilio Gonzalez.

The agency recently updated the expected time it will take to complete naturalization cases, projecting processing times averaging 13-15 months. That's a three month improvement from the 16-18 month projection that USCIS made six months ago.

A critical component of the strategy for addressing this workload is to quickly grow the capacity to handle the influx of additional cases. That includes expanding the USCIS workforce by adding nearly 3,000 new employees, detailing employees to work in the most heavily affected offices, quadrupling the funding for overtime and using Asylum Office facilities and staff to conduct naturalization interviews.

Last summer, USCIS received an unprecedented number of applications and petitions for immigration benefits. During June, July and August alone, USCIS received nearly three million filings, compared to 1.8 million filings during the same period the previous year. This sudden surge included 1.4 million naturalization applications last year – 460,000 in July alone. While historically filing increases have occurred in advance of fee increases, Presidential elections, immigration debates and new legislation, none of the past increases are close to the magnitude of the last summer's surge.

– USCIS –



U.S. Citizenship and Immigration Services

Home   Cont

S

Entire Site
Advanced Search   L

| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resource |

**USCIS Monthly Newsletter**

**Photo Gallery**

**Press Releases by Topic**

**Outstanding Americans by Choice**

Home > Press Room > Press Releases by Topic > Citizenship or Naturalization       Printer Friendly

# USCIS Releases Projected Naturalization Processing Times Fo Local Offices

**Washington**—U.S. Citizenship and Immigration Services (USCIS) released today the projected times for local offices to complete processing of applications for citizenship from individuals who filed during the summer of 2007.

Last July, USCIS received 460,000 applications for naturalization. That was three times the record for any previous month. For the year, USCIS received 1.4 million naturalization applications, almost double the normal annual volume.

USCIS is hiring and training hundreds of additional immigration officers to adjudicate these cases. The agency is also conducting naturalization interviews on weekends, after normal business hours and in additional locations.

The processing times listed below provide a sense of how quickly a case may be processed if there are no complicating factors. Still, some cases will take longer to complete for such reasons as:

- an applicant has been asked to submit additional information and their case is pending until they comply, or
- an applicant fails the naturalization test and has 60 days to prepare before they are retested, or
- the FBI name check is still in progress.

**Projected Local USCIS Office Processing Times at end of September 2008**

| Office | Months | Office | Months |
|---|---|---|---|
| Agana, Guam | 8.6 | Memphis, TN | 9.8 |
| Albany, NY | 7.2 | Miami, FL | 14.2 |
| Albuquerque, NM | 8.7 | Milwaukee, WI | 6.8 |
| Anchorage, AK | 8.7 | Mount Laurel, NJ | 11.6 |
| Atlanta, GA | 9.9 | New Orleans, LA | 14.5 |
| Baltimore, MD | 14 | New York, NY | 10.1 |
| Boise, ID | 14.2 | Newark, NJ | 10.3 |
| Boston, MA | 9.9 | Norfolk, VA | 14.6 |
| Buffalo, NY | 6.4 | Oklahoma City, OK | 8.6 |
| Charleston, SC | 14.1 | Omaha, NE | 5.8 |
| Charlotte Amalie, VI | 7.9 | Orlando, FL | 14.4 |
| Charlotte, NC | 14.4 | Philadelphia, PA | 11.8 |
| Chicago, IL | 8.6 | Phoenix, AZ | 14.4 |
| Cincinnati, OH | 7.5 | Pittsburgh, PA | 6 |
| Cleveland, OH | 7.5 | Portland, ME | 7.3 |

| Columbus, OH | 7.4 | Portland, OR | 9.7 |
| Dallas, TX | 13.7 | Providence, RI | 14.2 |
| Denver, CO | 8.2 | Reno, NV | 7.3 |
| Des Moines, IA | 5.8 | Sacramento, CA | 7.8 |
| Detroit, MI | 8 | Salt Lake City, UT | 8.6 |
| El Paso, TX | 14.2 | San Antonio, TX | 9.8 |
| Fort Smith, AR | 8.6 | San Diego, CA | 9.1 |
| Fresno, CA | 12.6 | San Francisco, CA | 8.6 |
| Harlingen, TX | 6.5 | San Jose, CA | 14.2 |
| Hartford, CT | 14.3 | San Juan, PR | 13 |
| Helena, MT | 5 | Seattle, WA | 9.8 |
| Honolulu, HI | 6.8 | Spokane, WA | 6.9 |
| Houston, TX | 14 | St Albans, VT | 8.3 |
| Indianapolis, IN | 5.7 | St Louis, MO | 10.8 |
| Jacksonville, FL | 7.6 | St Paul, MN | 8.6 |
| Kansas City, MO | 10.4 | Tampa, FL | 11.3 |
| Las Vegas, NV | 14.1 | Tucson, AZ | 14.4 |
| Los Angeles, CA | 14.3 | Washington, DC | 14.7 |
| Louisville, KY | 7.1 | West Palm Beach, FL | 9 |
| Manchester, NH | 14.6 | Yakima, WA | 14.1 |

**Related Files**

- [USCIS Releases Projected Naturalization Processing Times For Local Offices](#) (38KB PDF)

Last updated: 04/22/2008

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-05-209-52989 | CASE TYPE I130   IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
|---|---|
| RECEIPT DATE<br>July 21, 2005 | PRIORITY DATE<br>July 20, 2005 | PETITIONER A022 715 103<br>SHARIATMADAR, ALI |
| NOTICE DATE<br>January 12, 2006 | PAGE<br>1 of 1 | BENEFICIARY<br>YAZDANJOU, MANSOUREH |

| | |
|---|---|
| ALI SHARIATMADAR<br>10016 MOORE DR<br>MANASSAS VA 20111 | **Notice Type:**  Approval Notice<br>Section: Husband or wife of permanent<br>        resident, 203(a)(2)(A) INA |

The above petition has been approved.  We have sent the original visa petition to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.**  NVC processes all approved immigrant visa petitions that need consular action  It also determines which consular post is the appropriate consulate to complete visa processing. NVC will then forward the approved petition to that consulate

The NVC will contact the person for whom you are petitioning(beneficiary  concerning further immigrant visa processing steps

If you have any questions about visa issuance, please contact the NVC directly  However, please allow at least 90 days before calling the NVC if your beneficiary has not received correspondence from the NVC.  The telephone number of the NVC is **(603) 334-0700**

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone:  (800) 375-5283**

