AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ALI SHARIATMADAR
10016 Moore Drive
Manassas, VA 20111
         Plaintiff,

V.

SUSAN DIBBINS, Director, Washington Field Office, USCIS
JONATHAN SCHARFEN, Acting Director, USCIS, and,
MICHAEL CHERTOFF, Secretary, DHS, and,
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,
         Defendants

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00912
Assigned To : Robertson, James
Assign. Date : 5/29/2008
Description: Admn. Agency Review

CA

TO: (Name and address of Defendant)

Civil Process Clerk
U.S. Attorney's Office
555-4th Street N.W.
Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
~~Suite 1250, 1629 K Street, NW~~ 1666 Connecticut Avenue, NW, 5th Floor
Washington, DC ~~20006~~ 20009

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON       MAY 2 9 2008

CLERK       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 06/06/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Dottie Shermet | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified mail, return receipt requested.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/13/2008          *[signature: Dottie Shermet]*
              Date               Signature of Server
                                 Elliot & Mayock
                                 1666 Connecticut Avenue, N.W., 5th Floor
                                 Washington, D.C. 20009

                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

