AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ALI SHARIATMADAR
10016 Moore Drive
Manassas, VA 20111
        Plaintiff,

V.

SUSAN DIBBINS, Director, Washington Field Office, USCIS
JONATHAN SCHARFEN, Acting Director, USCIS, and,
MICHAEL CHERTOFF, Secretary, DHS, and,
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:08-cv-00912
Assigned To : Robertson, James
Assign. Date : 5/29/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

JONATHAN SCHARFEN, Acting Director,
U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
20 Massachusetts Ave, N.W.
Washington, DC 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
~~Suite 1250, 1629 K Street, NW~~ 1666 Connecticut Avenue, NW, 5th Floor
Washington, DC ~~20006~~ 20009

an answer to the complaint which is served on you with this summons, within   **60**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAY 29 2008

CLERK        DATE

(By) DEPUTY CLERK

.cv. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 06/11/2008 |
| NAME OF SERVER (PRINT) Dottie Shermet | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant. Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify):  <u>Certified mail, return receipt requested.</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   06/13/2008         *Dottie Shermet*
               Date         *Signature of Server*
                               Elliot & Mayock
                               1666 Connecticut Avenue, N.W., 5th Floor
                               Washington, D.C. 20009

                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20529

| | | |
|---|---|---|
| Postage | $ $1.85 | 0233 |
| Certified Fee | $2.70 | 11 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.75 | 06/02/2008 |

Sent To: Jonathan Scharfen, Acting Director
USDHS USCIS
Street, Apt. No.; or PO Box No.: 20 Mass. Avenue, N.W.
City, State, ZIP+4: Washington, D.C. 20529

PS Form 3800, August 2006            See Reverse for Instructions

7007 0220 0002 5139 2569

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Jonathan Scharfen, Acting Director
   USDHS
   USCIS
   20 Mass. Avenue, N.W.
   Washington, D.C. 20529

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                    ☐ Agent
                                        ☐ Addressee

B. Received by (Printed Name): DHS
C. Date of Delivery: 6/1/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):
   7007 0220 0002 5139 2569

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540