UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHARIATMADAR, <br><br> Plaintiff, <br><br> v. <br><br> SUSAN DIBBINS, Director, Washington Field Office, U.S. Citizenship and Immigration Services, *et al.* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 08-0912 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully move, by and through their undersigned counsel, for an enlargement of time to respond to the Complaint for Declaratory, Mandatory and Injunctive Relief ("Complaint") filed in the above entitled action. Specifically, Defendants request that the Court extend the deadline for responding to the Complaint from August 6, 2008 to August 28, 2008. Defense counsel has learned from Plaintiff's counsel that Plaintiff graciously consents to this Motion. The grounds for this Motion are set forth below.

In this action, Plaintiff essentially seeks mandamus relief to compel United States Citizenship and Immigration Services ("USCIS") to adjudicate his N-400 application for naturalization. In sum, Plaintiff alleges that USCIS and the Federal Bureau of Investigation ("FBI") have unreasonably and improperly delayed adjudicating his application.

On June 9, 2008, the United States Attorney's Office for the District of Columbia received Plaintiff's Complaint. Shortly thereafter undersigned counsel contacted USCIS counsel to obtain information and assistance in responding to the Complaint. Subsequently, USCIS informed undersigned counsel that the FBI's "name check" security process had been completed

for Plaintiff's application and that Plaintiff had been scheduled for an interview with USCIS on his application. Consequently, it appears that processing of Plaintiff's naturalization application is now expeditiously proceeding.

Given these developments and matters and deadlines in other pending cases, Defendants respectfully request the aforementioned extension. While undersigned counsel and USCIS counsel have been diligently analyzing the relevant materials and have begun to evaluate possible responses to the Complaint (*e.g.*, a motion to transfer, or a motion to dismiss), due to such other matters and deadlines, Defendants require additional time to formulate an appropriate response. Moreover, in light of the aforementioned recent developments on Plaintiff's application, although not certain at this time, USCIS may shortly be in a position to adjudicate Plaintiff's application, which could obviate the need for further litigation in this action.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendants' first request for an extension of this deadline and, in total, their first request for an extension in this action. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing Defendants additional time to formulate an appropriate response to the Complaint serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for responding to the Complaint be extended to, and including, August 28, 2008. A proposed order is attached.

- 3 -

Dated: July 31, 2008
      Washington, DC

Respectfully submitted,


_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


        /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALI SHARIATMADAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-0912 (JR) |
| SUSAN DIBBINS, Director, Washington | ) | |
| Field Office, U.S. Citizenship and Immigration | ) | |
| Services, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendants' consent motion is GRANTED, and it is further

ORDERED that Defendants shall have through, and including, August 28, 2008, to respond to the Complaint in this action.

_____
Date

_____
JAMES ROBERTSON
United States District Judge

Copies to Counsel of Record by CM/ECF.