UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHARIATMADAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 08-0912 (JR)<br>SUSAN DIBBINS, Director, Washington )<br>Field Office, U.S. Citizenship and Immigration )<br>Services, *et al.* )<br>)<br>Defendants. )<br>) | |

## STIPULATION OF DISMISSAL

In light of the Defendants' representation that United States Citizenship and Immigration Services has nearly completed the processing of Plaintiff's naturalization application and is prepared to complete its processing and adjudicate such application within 30 days after the filing of this Stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees. The parties expressly reserve any and all rights they may have under the Federal Rules of Civil Procedure to reopen or reconsider dismissal of this action.

Dated: August 26, 2008
         Washington, DC

Respectfully submitted,

  /s/
THOMAS A. ELLIOT, D.C. BAR #259713      JEFFREY A. TAYLOR, D.C. BAR #498610
Elliot & Mayock                                              United States Attorney
1666 Connecticut Avenue, NW, 5th Floor
Washington, DC 20009
(202) 429-1725

                                                                      RUDOLPH CONTRERAS, D.C. BAR #434122
*Attorney for Plaintiff*                             Assistant United States Attorney

- 2 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*